UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                           Case No: 6:09-cr-264-JSS-LHP-1

OTIS ALEX JONES,

    Defendant.
_____/

## **<u>ORDER</u>**

The Defendant, proceeding pro se, moves for early termination of his supervised release given his excellent work history and probation reports, his timely restitution payments, the support he has received from his family, and his demonstrated productivity as a citizen. (Dkt. 94.) The Government opposes the motion because the Defendant has not yet been on supervised release for one year, as the Defendant's term of supervised release began on August 16, 2024. (Dkt. 97.) The court agrees with the Government. *See* 18 U.S.C. § 3583(e)(1) (authorizing the court to "terminate a term of supervised release and discharge the defendant released at any time *after the expiration of one year of supervised release*" if other conditions are also met (emphasis added)); *United States v. Trailer*, 827 F.3d 933, 937–38 (11th Cir. 2016) (noting that under section 3583(e)(1), a defendant "may . . . seek early termination of his supervised release *after he has served at least one year* of the term" (emphasis added)). Accordingly, the Defendant's motion (Dkt. 94) is **DENIED**.

**ORDERED** in Orlando, Florida, on March 28, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties
Counsel of Record